Philip R. Wooten
Philip R. Wooten PC
Arizona State Bar No. 007006
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile: (480) 598-4331
philip.wooten@azbar.org
**Attorney for Defendant Trans Union LLC**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| RAMON AYALA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL BANK and TRANS UNION LLC,<br><br>Defendants. | Case No. ________________________<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>Removed from McDowell Mountain Justice Court, Maricopa County, Case No. CC2016209659RC |

Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. §1446(d), and in support thereof, would respectfully show the Court as follows:

**A. Procedural Background**

1. On or about November 18, 2016, Ramon Ayala ("Plaintiff") filed the Original Complaint in this action in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa, under case no. CC2016209659RC, ("State Court Action"), against Defendants Department Stores National Bank ("DSNB") and Trans Union. Plaintiff alleges that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Trans Union was served with Plaintiff's Original Complaint on November 28, 2016. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

**B. Grounds for Removal**

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

**C. Compliance with Procedural Requirements**

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), this case is removed to this Court because it is in the district and division embracing the place where the state court action is pending. Trans Union reserves the right to transfer this case after removal.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a) and LRCiv 3.6, a copy of all process, pleadings, and orders served upon Trans Union in the State Court Action is attached hereto as **Exhibit A**.

9. Trial has not commenced in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa.

10. All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case. By filing this Notice of Removal, Trans Union LLC consents to the removal of this case. Defendant Department Stores National Bank consents to the removal as reflected in **Exhibit B** attached hereto.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: December 28, 2016.

**PHILIP R. WOOTEN P.C.**

By /s/ Philip R. Wooten
Philip R. Wooten (# 007006)
3413 E. Equestrian Trial
Phoenix, AZ  85044-3403
Telephone: (480) 598-4330
Facsimile:   (480) 598-4331
Email: Philip.wooten@azbar.org

**COUNSEL FOR DEFENDANT TRANS UNION LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin F. McCarthy
Joon N. Kee
McCarthy Law, PLC
4250 N. Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251
joon.kee@mccarthylaw.com
**Counsel for Plaintiff**

By /s/ Philip R. Wooten

# EXHIBIT A



*2437416*

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 DEC -5 AM 9:57

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

## Certificate of Service

Case No.:CC2016209659RC
Court Date: N/A
Judge:

RAMON AYALA
Vs.
DEPARTMENT STORES NATIONAL BANK AND TRANS UNION LLC,

The undersigned certifies under penalty of perjury:That I am a private process server registered in Maricopa County and an officer of the court. On 11/22/2016 I received SUMMONS; NOTICE TO THE DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 et seq.); EXHIBIT A & B; INITIAL DISCOVERY SET TO TRANS UNION LLC from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served 1 copy(ies) of each document listed above upon: TRANS UNION LLC BY SERVICE UPON ITS STATUTORY AGENT PRENTICE-HALL CORP SYSTEM, by leaving with Josef Patawaran, Process specialist, stated authorized to accept, at 2338 WEST ROYAL PALM ROAD STE-J in Phoenix, AZ85021 in MARICOPA County, on 11/28/2016 at 1:33 PM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 22 Height: 5ft 6in Weight: 150 Hair: Black

Marriage Status: N/A

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| TOTAL: | $ | 55.00 |

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on December 01, 2016

Client Ref: Ayala.R.16.42FCRA
Client: McCarthy Law PLC

------------------------------------
ROBERT LYONS, MC-8596 Affiant

MCDOWELL MOUNTAIN JUSTICE COURT FILED

16 NOV 18 AM 9:08

McCARTHY LAW PLC
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ 85251**
**602-456-8900**
**joon.kee @mccarthylawyer.com**
**Attorneys for Plaintiff**

ORIGINAL

**MCDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

RAMON AYALA,
Plaintiff,
v.
DEPARTMENT STORES NATIONAL BANK AND TRANS UNION LLC,
Defendants.

Case No. CC2016209659RC

**COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 *et seq.*)**

COMES NOW Plaintiff, Ramon Ayala ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

1. That, on information and belief, Defendant Department Stores National Bank ("DSNB") is not a corporation registered with the Arizona Corporation Commission, but at all times relevant hereto was registered with the FDIC as a Federally Chartered National Bank with their headquarters located at 701 E. 60th Street, Sioux Falls, South Dakota, 57104.

2. That, on information and belief, Defendant, DSNB, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

3. That, on information and belief, Defendant TRANS UNION LLC ("TRANS UNION"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, STE J, PHOENIX, AZ 85021.

4. That, on information and belief, Defendant TRANS UNION is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

5. That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they had the necessary minimum contacts with the State of Arizona.

6. That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants, and has suffered particularized and concrete harm.

7. That, Plaintiff only had one account with DSNB.

8. That, Plaintiff obtained his consumer credit reports and discovered that DSNB was reporting duplicate information by reporting two separate entries for the single account that Plaintiff was liable for.

9. That the DSNB accounts beginning in 4865XXXX and 48655559XXXX ("Accounts"), opened April, 2013, with a balance of $2,691, are the exact same account reporting in the duplicate.

10. That, on or about September 6, 2016, Plaintiff sent a written dispute ("Dispute") regarding the accuracy of the derogatory information reported by TRANS UNION on the Accounts, a consumer credit reporting agency as defined in 15 U.S.C. §1681a. Exhibit A

11. Upon information and belief, Defendant TRANS UNION forwarded at least a portion of Plaintiff's Dispute to Defendant DSNB.

12. That Defendant DSNB willfully failed to conduct a proper investigation and correct the inaccurate and duplicate reporting of the Accounts to Defendant TRANS UNION in violation of 15 U.S.C. § 1681s-2(b) and to the detriment of the consumer Plaintiff. Exhibit B.

13. That Defendant DSNB is willfully reporting derogatory and inaccurate information about Plaintiff to consumer reporting agencies, Defendant TRANS UNION, as defined by 15 U.S.C. § 1681a. Exhibits B.

14. That Defendant TRANS UNION willfully failed to conduct a reasonable reinvestigation in violation of 15 U.S.C. § 1681i(a)(1)(A) to the detriment of the consumer Plaintiff. Exhibit B.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251

15. That Defendant TRANS UNION willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to the Accounts, in violation of 15 U.S.C. § 1681e. Exhibit B.

16. The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

17. As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

**WHEREFORE**, Plaintiff seeks a reasonable and fair judgment against Defendants for willful noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;
2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendants' willful violation;
3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and
4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 15 day of November, 2016.

MCCARTHY LAW, PLC

By: ____________________
Kevin Fallon McCarthy, Esq.
Joon N. Kee, Esq.
Attorneys for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251

# EXHIBIT A

Ramon Ayala
2727 E. Iowa Ave.
Nampa, ID 83686

September 6, 2016

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

**Re: Name: Ramon Ayala**
**Social Security #: [redacted] 4179**
**Date of Birth: [redacted]**
**Report date: 7/5/2016**
**File # 339515530**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item DSNB MACY'S, account #█8655 is incorrectly reporting a duplicate account. This is inaccurate as there is only 1 account. I am requesting that the item be corrected to reflect only 1 account.

Please investigate this matter and correct the dispute item immediately.

Sincerely,

Ramon Ayala

DSNB MACYS

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | | MACY'S/DSNB | DSNB MACYS |
| Account Number: | | 48655559XXXX | 4865XXXX |
| Account Type: | | Revolving or Option | Revolving account |
| Account Status: | | Closed | Closed |
| Monthly Payment: | | $2,691.00 | |
| Date Opened: | | 4/1/2003 | 4/4/2003 |
| Balance: | | $2,691.00 | $2,691.00 |
| Terms: | | | |
| High Balance: | | $2,691.00 | $2,703.00 |
| Limit: | | | $2,340.00 |
| Past Due: | | $2,691.00 | $2,691.00 |
| Payment Status: | | Bad debt & placed for collection & skip | Charged off as bad debt |
| Comments: | | | Dispute of account information/closed by consumer |

24-Month Payment History

| Date: | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 14 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 16 | 16 | 10 | 18 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

DSNB MACYS

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | | | DSNB MACYS |
| Account Number: | | | 4865XXXX |

7/7/2016

PrivacyGuard

| | |
|---|---|
| Account Type: | Revolving account |
| Account Status: | Closed |
| Monthly Payment: | |
| Date Opened: | 8/4/2003 |
| Balance: | $2,691.00 |
| Terms: | |
| High Balance: | $2,706.00 |
| Limit: | $2,340.00 |
| Past Due: | $2,891.00 |
| Payment Status: | Charged off as bad debt |
| Comments: | Dispute of account information/closed by consumer |

24-Month Payment History

| Date: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

htt

# EXHIBIT B

*** 368292137-004 ***
P.O. Box 2000
Chester, PA 19016-2000

10/05/2016

TransUnion.

P65XCF00200817-I004897-025373006

RAMON AYALARICO
2727 E IOWA AVE
NAMPA, ID 83686-7184

**TransUnion requests your feedback. Please take this brief anonymous survey and tell us how we are doing.**

**www.TUCares.com**

Our investigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our investigation. If an item says, "Deleted" we have removed it from your credit report and taken steps so it does not reappear. If an item says, "Verified, no change" it means the company that reports the information to us has certified it is reported accurately. If an item says "New information below" you should look at the item carefully to see whether you believe it is now accurate. Sometimes the new information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate.

If our investigation has not resolved your dispute, you have several options:

- You may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.
- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.
- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.transunion.com/dispute and indicating you are filing a repeat dispute. You will be prompted to add additional information you feel is relevant to your dispute as well as upload supporting documentation.
- You may file a complaint about TransUnion, or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a more detailed description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| DSNB/MACYS | # 48655559**** | NEW INFORMATION BELOW |
| DSNB/MACYS | # 486555592**** | NEW INFORMATION BELOW |

OCT. 31. 2016 1:13PM COPIES PLUS NO. 270 P. 17

**File Number:** 368292137
**Date Issued:** 10/05/2016

## -Begin Credit Report-

**DSNB/MACYS #48655559****** (PO BOX 8218, MASON, OH 45050, (800) 289-6229)

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 04/04/2003 | **Balance:** | $2,691 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Joint Account | **Date Updated:** | 10/04/2016 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 04/08/2011 | **Date Closed:** | 10/30/2009 |
| **Loan Type:** | CHARGE ACCOUNT | **High Balance:** | $2,706 | | |
| | | **Credit Limit:** | $2,340 | | |
| | | **Past Due:** | >$2,691< | | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 08/2017

| | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | X | [illegible] | [illegible] | X | X | X | X | [illegible] | [illegible] |

**DSNB/MACYS #486555592****** (PO BOX 8218, MASON, OH 45050, (800) 289-6229)

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 04/04/2003 | **Balance:** | $2,691 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Joint Account | **Date Updated:** | 10/04/2016 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 04/08/2011 | **Date Closed:** | 10/30/2009 |
| **Loan Type:** | CHARGE ACCOUNT | **High Balance:** | $2,706 | >Maximum Delinquency of 120 days in 01/2011 and in 03/2011< | |
| | | **Credit Limit:** | $2,340 | | |
| | | **Past Due:** | >$2,691< | | |

**Remarks:** DISPUTE ACCT/CLSED BY CONSUMR; >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 08/2017

| | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | X | X | X | X | X | X | X | X | X | X | X |

| | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | [illegible] | X | [illegible] | X | X | X | X | X | X | X | X | X |

| | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | [illegible] | [illegible] | [illegible] |

| | 01/2011 | 12/2010 | 11/2010 | 10/2010 |
|---|---|---|---|---|
| Rating | [illegible] | [illegible] | [illegible] | [illegible] |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

## -End of Credit Report-

# EXHIBIT B

**From:** Moritz, Andrew <andrew.moritz@citi.com>
**Sent:** Tuesday, December 27, 2016 12:14 PM
**To:** Blatney, Alyson
**Cc:** Tutka, Amy
**Subject:** Ramon Ayala v. Department Stores National Bank, et al. (McDowell Mountain Justice Court, CC 2016 209659 RC)

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Counsel:

Please be advised that Department Stores National Bank, a subsidiary of Citibank, N.A., hereby joins in and consents to the removal of the above-referenced action to federal court. DSNB was served with the Complaint in this matter on December 2, 2016. DSNB reserves its right to challenge the claim on all grounds, including based on any Rule 12 motion or motion to compel arbitration.

Please advise when removal is complete and could you please provide us a copy of the federal removal notice after it is filed.

Regards,

Andrew Moritz
Director and Associate General Counsel – Consumer Litigation
Citibank, N.A.
14000 Citicards Way
Jacksonville, FL 32259
904-954-8552 (Office)
904-377-7778 (Cell)
904-954-8716 (Fax)