# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Ayala,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Department Stores National Bank, et al.,<br><br>　　　　Defendants. | No. CV-16-04556-PHX-GMS<br><br>**ORDER** |

The Court having considered the Stipulation for Dismissal (Doc. 14) as to Trans Union LLC with prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is granted. This action is dismissed with prejudice as to Defendant Trans Union LLC with each party to bear its own attorneys' fees and costs.

Dated this 31st day of January, 2017.

_____
Honorable G. Murray Snow
United States District Judge